UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUSTOM CABS, INC.,<br><br>                                  Plaintiff,<br><br>v.<br><br>JADA BUILDERS INC.,<br><br>                                  Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.:  19-CV-1376-DMS(WVG)<br><br>**ORDER DENYING JOINT MOTION FOR ORDER TO SHOW CAUSE**<br><br>[Doc. No. 38.] |

  The parties jointly move—presumably under Federal Rule of Civil Procedure 45(g)—for an Order to Show Cause why sanctions should not issue against third-party Bank of America for its prospective failure to produce documents in response to a subpoena. The joint motion is DENIED without prejudice as premature and for lacking basis to show this Court has jurisdiction to issue such an Order.

  Rule 45(g) permits "[t]he court for the district where compliance is required" to "hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." The key phrase in this Rule for the Court's purposes here is "where compliance is required." Among other things, the parties must demonstrate

that the Court has jurisdiction under Rule 45(g). *See Short v. United States*, No. 18CV74-DCN, 2019 U.S. Dist. LEXIS 185650, at *6 (D. Idaho Oct. 23, 2019); *Montgomery v. Risen*, No. 15CV2035-AJB(JLB), 2015 U.S. Dist. LEXIS 182623, at *2 (S.D. Cal. Oct. 30, 2015). However, the parties have not provided the Court a copy of the subpoena. Doing so would provide the Court some basis to evaluate the propriety of the motion in this District. The Court presently has no basis to determine its jurisdiction to issue the requested Order.

Additionally, the exhibit attached to the joint motion demonstrates that Bank of America has indicated it will produce documents by November 10, 2020, an "extension date" the bank identified. Given that this date has not yet passed, Bank of America may yet produce the subpoenaed documents, which renders the parties' current request premature.

IT IS SO ORDERED.

Dated: November 6, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge