Kirsten Worley, Bar No. 222513
worleyk@higgslaw.com
Meredith King, Bar No. 280043
kingm@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California  92101-7913
Telephone:   619.236.1551
Facsimile:    619.696.1410

Timothy Woodward, Bar No. FL 486868
twoodward@shutts.com
William Woods, Bar No. FL 93655
Admitted Pro Hac Vice
SHUTTS & BOWEN LLP
4301 West Boy Scout Boulevard, Suite 300
Tampa, FL 33607
Telephone:   (813) 227-8150
Facsimile:    (813) 227-8219

Attorneys for Defendant and Counterclaimant
JADA BUILDERS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUSTOM CABS, INC., a California corporation,<br><br>                           Plaintiff,<br><br>v.<br><br>JADA BUILDERS INC., a Barbados corporation;<br><br>                           Defendants. | Case No. 3:19-cv-01376-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION AND DISMISSING CASE PURSUANT TO SETTLEMENT AGREEMENT** |
| AND RELATED COUNTERCLAIMS. | |

The Court having reviewed and considered the JOINT MOTION FOR ENTRY OF AN ORDER DISMISSING THIS CASE WITH THE COURT filed by Plaintiff and Counter-defendant Custom Cabs, Inc. ("CCI") and Defendant and Counter-claimant  JADA Builders, Inc.'s ("JADA") and the entire record, and good cause appearing, HEREBY ORDERS:

1. The parties' Joint Motion is GRANTED;

2. This order is entered pursuant to the parties' Settlement Agreement and Mutual Release ("Agreement"), which is attached hereto as **Exhibit 1** and is incorporated into this Order by reference;

3. All claims asserted by CCI against JADA in this proceeding are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and (a)(2);

4. All claims asserted by JADA against Defendant Hudson Insurance Company in this proceeding are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and (a)(2);

5. All claims asserted by JADA against CCI in this proceeding are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and (a)(2);

6. As is provided in the parties' Agreement, this Court shall retain jurisdiction over CCI and JADA to enforce the Agreement and shall retain jurisdiction to reinstate this case *nunco pro tunc* to the date of the Joint Motion to issue any order which the Court determines is standard, appropriate, reasonable, fair, just, or equitable, including, but not limited to, entry of a Stipulated Judgment upon CCI's default; and

7. The Court is directed to administratively close this case until a motion, if any, is brought pursuant to the parties' Agreement to enforce its terms.

IT IS SO ORDERED.

Dated: April 19, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court